| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MICHAEL ALLEN HAMMONDS, §
#15426-180 §
§
*versus* § CIVIL ACTION NO. 4:13-CV-440
§
DIRECTOR, TDCJ-CID §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Amos L. Mazzant. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. Fed. R. Civ. Pro. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of December, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE